UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

EFFAT S. EMAMIAN,                                    :        07  Civ. 3919

                Plaintiff,              :

   - against-                                      :        **WAIVER OF SERVICE**
                                                   **OF SUMMONS**

ROCKEFELLER UNIVERSITY                               :

                Defendant.              :
------------------------------------------------------------------------x

TO:    JAMES A. BATSON
        Liddle & Robinson L.L.P.
        800 Third Avenue
        New York, NY 10022

       I acknowledge receipt of your request that I waive service of summons in the action of Effat S. Emamian v. Rockefeller University, which is case number 07 Cv 3919 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, a means by which I can return the signed waiver to you without cost to me.

       Defendants agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Defendants be served with judicial process in the manner provided by Rule 4.

       Rockefeller University will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of summons.

       I understand that judgment may be entered against Defendant if an answer or motion under Rule 12 is not served upon Plaintiff within 60 days after June 11, 2007.

6/12/07
Date

Bettina B. Plevan, Esq.
Counsel for the Defendants
Proskauer Rose
1585 Broadway
New York, NY 10036