PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Lloyd B. Chinn (LC-7953)
Susan D. Friedfel (SF-1188)
1585 Broadway
New York, NY  10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EFFAT S. EMAMIAN

                Plaintiff,

  -against-

ROCKEFELLER UNIVERSITY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No.
07 CV 3919 (DAB)

**STATEMENT
PURSUANT TO RULE 7.1**

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification and recusal, the undersigned attorneys of record for Defendant, Rockefeller University, certify that it has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Dated:   New York, New York
           August 10, 2007

PROSKAUER ROSE LLP

By: /s/ Bettina B. Plevan
    Bettina B. Plevan (BP-7460)
    Lloyd B. Chinn (LC-7953)
    Susan D. Friedfel (SF-1188)
1585 Broadway
New York, NY  10036-8299
Phone: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for Defendant*