PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Lloyd B. Chinn (LC-7953)
Susan D. Friedfel (SF-1188)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EFFAT S. EMAMIAN

                Plaintiff,

-against-

ROCKEFELLER UNIVERSITY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No.
07 CV 3919 (DAB)

**<u>DECLARATION OF
BETTINA B. PLEVAN, ESQ.</u>**

BETTINA B. PLEVAN, pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am a member of Proskauer Rose LLP, attorneys for Defendant Rockefeller University ("Rockefeller"). I submit this declaration in support of Rockefeller's Motion to Dismiss the Seventh and Eighth Claims of the Amended Complaint.

    2.    Annexed hereto as Exhibit 1 is a true and correct copy of the Amended Complaint, filed on or about June 7, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 10, 2007

                                                        _/s/ Bettina B. Plevan_
                                                         Bettina B. Plevan