PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Lloyd B. Chinn (LC-7953)
Susan D. Friedfel (SF-1188)
1585 Broadway
New York, NY  10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EFFAT S. EMAMIAN

                Plaintiff,

  -against-

ROCKEFELLER UNIVERSITY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No.
07 CV 3919 (DAB)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Lloyd B. Chinn, Esq. of Proskauer Rose LLP, who is admitted to practice law in this Court, as counsel of record for Defendant, Rockefeller University, in this case.  All future correspondence and papers in connection with this action should be directed to the undersigned.

Dated:   New York, New York
           August 10, 2007

PROSKAUER ROSE LLP

By: /s/ Lloyd B. Chinn
    Bettina B. Plevan (BP-7460)
    Lloyd B. Chinn (LC-7953)
    Susan D. Friedfel (SF-1188)
1585 Broadway
New York, NY  10036-8299
Phone: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for Defendant*