USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EFFAT EMAMIAN,

              *Plaintiff,*

   -against-

ROCKEFELLER UNIVERSITY

              *Defendants.*

------------------------------------------------------------x

07 CV 3919 (DAB)

**STIPULATION TO EXTEND PLAINTIFF'S TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS THE SEVENTH AND EIGHT CLAIMS OF THE AMENDED COMPLAINT**

     **WHEREAS,** on or about August 21, 2007, Defendant Rockefeller University served Plaintiff with its Motion to Dismiss the Seventh and Eight Claims of the Amended Complaint,

     **WHEREAS,** Plaintiff's Opposition to Defendant's Motion to Dismiss is Due on September 5, 2007,

     **WHEREAS,** Plaintiff requested an extension of time to Oppose Defendant's Motion to Dismiss until September 21, 2007,

     **WHEREAS,** Defendant consented to an extension of time for Plaintiff to Oppose Defendant's Motion to Dismiss until September 21, 2007,

     **WHEREAS,** the parties have not previously requested any extensions of time.

     **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties to the above-captioned action, through their counsel, that the Plaintiff Effat Emamian will have until September 21, 2007 to Oppose Defendant's Motion to Dismiss the Seventh and Eight Claims of the Amended Complaint.

IT IS FURTHER AGREED, that: (i) this Stipulation may not be modified except in a writing signed by all parties to the Stipulation; and (ii) the provisions of this Stipulation shall be binding upon and inure to the benefit of each party and its respective successors and assigns;

IT IS FURTHER AGREED, that this Stipulation may be signed in multiple counterparts, and by facsimile, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute one and the same instrument.

Dated: New York, New York
September 12, 2007

Dated: New York, New York
September __, 2007

LIDDLE & ROBINSON, LLP

By: _____
James A. Batson

800 Third Avenue
New York, New York 10022
(212) 687-8500

*Attorneys for Plaintiff*
*Effat Emamian*

PROSKAUER ROSE, LLP

By: _____
Lloyd B. Chinn

1585 Broadway
New York, New York 10036
(212) 969-3000

*Attorneys for Defendant*
*Rockefeller University*

**SO ORDERED**

_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

9/14/07