BATTS.

OCT 10 2007 16:47 FR PROSKAUER ROSE LLP 212 969 2934 TO *4398*61777037*7 P.02

PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Lloyd B. Chinn (LC-7953)
Susan D. Friedfel (SF-1188)
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900
*Attorneys for Defendant*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
EFFAT S. EMAMIAN

      Plaintiff,

-against-

ROCKEFELLER UNIVERSITY,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No.
07 CV 3919 (DAB)

**STIPULATION
AND
PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that Defendant shall have until October 26, 2007 to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Seventh And Eighth Claims of the Amended Complaint.

Dated: New York, New York
October 10, 2007

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
10/15/07

PROSKAUER ROSE LLP

By: _____
  LLOYD B. CHINN
1585 Broadway
New York, NY 10036
(212) 969-3000

Attorneys for Defendant

OCT 10 2007 16:47 FR PROSKAUER ROSE LLP 212 969 2934 TO *4398*61777037*7 P.03

LIDDLE & ROBINSON, LLP

By: _____
James Batson, Esq.

800 Third Avenue, 8th Floor
New York, New York 10022
(212) 687-8500

Attorneys for Plaintiff

SO ORDERED:

_____
U.S.D.J.

2

** TOTAL PAGE.03 **