UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EFFAT EMAMIAN,

        Plaintiff,

    -against-

ROCKEFELLER UNIVERSITY,

        Defendant.
----------------------------------------X

07 Civ. 3919 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of correspondence from the Plaintiff dated June 20, 2008, regarding the scheduling of a discovery conference in this action.

    It is the practice of this Court that court-ordered discovery shall not commence until after the disposition of any motions to dismiss. This is a prudent and efficient use of time and effort. However, to the extent that the Parties are willing to proceed among themselves with discovery voluntarily, they may do so at any time.

    SO ORDERED.

Dated:    New York, New York
        June 25, 2008

                              Deborah A. Batts

                              Deborah A. Batts
                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 25Jun08