PROSKAUER ROSE LLP
Bettina B. Plevan
Lloyd B. Chinn
Amy F. Melican
1585 Broadway
New York, New York  10036
(212) 969-3751
amelican@proskauer.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EFFAT S. EMAMIAN

                Plaintiff,

-against-

ROCKEFELLER UNIVERSITY,

                Defendant.

---

Civil Action No.
07 CV 3919 (DAB)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Amy F. Melican, Esq. of Proskauer Rose LLP as counsel of record in this case for defendant, Rockefeller University.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
         August 1, 2008

                              Respectfully submitted,

                              _/s/ Amy F. Melican_
                              Amy F. Melican
                              PROSKAUER ROSE LLP
                              1585 Broadway
                              New York, New York  10036
                              (212) 969-3641
                              amelican@proskauer.com
                              *Attorneys for Defendant*