UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFFAT S. EMAMIAN,

               Plaintiff,

- v -

ROCKEFELLER UNIVERSITY,

               Defendant.

**ORDER**

07 Civ. 3919 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On December 26, 2018, Plaintiff filed a motion for attorney's fees and costs, requesting to supplement the application at a later date with the amount requested. (Dkt. Nos. 282, 283) On September 21, 2020, the Second Circuit issued a mandate affirming the judgment. (Dkt. No. 288) By **October 6, 2020**, the parties are directed to file a joint letter proposing a briefing schedule for Plaintiff's motion for attorney's fees and costs.

Dated: New York, New York
       September 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge