# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
 (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 90000.097

WRITER'S DIRECT CONTACT:
212-277-5825

The Clerk of Court is directed to terminate the motion (Dkt. No. 322).

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: October 15, 2021

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Emamian v. The Rockefeller University*, No. 07 Civ. 3919 (PGG)

Dear Judge Gardephe:

Plaintiff Dr. Effat Emamian writes to alert the Court that the Plan Administrator for the Estate of Liddle & Robinson withdrew his motion in Bankruptcy Court to approve settlement with Defendant Rockefeller University. See **Exhibit 1** (*In Re Liddle &* Robinson, 19-12346 (S.B.N.Y.) (Dkt. No. 482 therein)). The hearing at issue in Plaintiff's Emergency Motion to Stay has been cancelled. *See id*. Accordingly, Plaintiff withdraws her Emergency Motion to Stay (Dkt. No. 322) without prejudice.

Respectfully submitted,

*[signature]*

Jonathan C. Moore

cc:   All Counsel (by ECF)