```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Effat S. Emamian,

                        Plaintiff,

      -against-

Rockefeller University,

                        Defendant.

1:07-cv-03919 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

With respect to Plaintiff's pending Second Motion for Attorney Fees and Interest (ECF No. 342), it is hereby ORDERED, as follows:

1. No later than January 18, 2022, Plaintiff shall file on ECF:

    a. A chart setting forth the name of each timekeeper from Liddle & Robinson, L.L.P. ("L&R"), the Law Offices of Michael G. Dowd (the "Dowd Firm") and Alterman & Boop LLP ("A&B") for whom Plaintiff seeks fees, the hours recorded by each such timekeeper, the hourly rate of each such timekeeper and the total amount sought for each such timekeeper. The chart shall be in the same format as the one submitted for the timekeepers from Beldock, Levine & Hoffman LLP ("BLH"). (*See* Moore 10/29/21 Decl., Ex. 5, ECF No. 344-5, at PDF p. 119.)

    b. A list of expenses incurred by each of L&R, the Dowd Firm and A&B, by category. The list shall be in the same format as the one submitted for BLH. (*See id*.)

2. No later than January 4, 2022, Plaintiff shall send via overnight courier to my Chambers (500 Pearl Street, Suite 1970, New York, New York 10007) two-sided bound copies of Plaintiff's filings at ECF Nos. 342, 343, 344, 348 to 349.

3. No later than January 4, 2022, Defendant shall send via overnight courier to my Chambers (500 Pearl Street, Suite 1970, New York, New York 10007) two-sided bound copies of Defendant's filings at ECF Nos.345, 346 and 347.

**SO ORDERED.**

DATED:    New York, New York
             December 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge