# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS  
JONATHAN MOORE  
JONATHAN K. POLLACK  
HENRY A. DLUGACZ  
STEPHEN J. BLUMERT  
MARC A. CANNAN  
DAVID B. RANKIN  
LUNA DROUBI  
MYRON BELDOCK (1929-2016)  
LAWRENCE S. LEVINE (1934-2004)  
ELLIOT L. HOFFMAN (1929-2016)  

TEL: (212) 490-0400  
FAX: (212) 277-5880  
WEBSITE: blhny.com  

COUNSEL  
BRUCE E. TRAUNER  
PETER S. MATORIN  
KAREN L. DIPPOLD  
JEFFREY A. GREENBERG  
MARJORY D. FIELDS  
EMILY JANE GOODMAN  
(JUSTICE, NYS SUPREME COURT, RET.)  
FRANK HANDELMAN  

REF: 9000.097

WRITER'S DIRECT DIAL:
212-277-5825

**VIA ECF**

March 22, 2022

Honorable Paul G. Gardephe  
United States District Court  
Southern District of New York  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007  

Re:   *Emamian v. The Rockefeller University*, No. 07 Civ. 3919 (PGG)

Your Honor:

Dr. Emamian comes before the Court on an application for an additional two days to file her Fed. R. Civ. P. 72 objections to the Report and Recommendation. This is the third request for this relief. The first request was granted, the second request for two weeks was granted, then modified to one week. Currently the time to file our objection is tomorrow, and we request permission to file the objection on Friday. The defendant's position on this application was requested earlier this afternoon, but as of this writing, it is unknown. We acknowledge that the timing of this application is out of compliance with Your Honor's Individual Rule E, however, the application constitutes an emergency as the medical conditions discussed below have been unexpected.

The basis for the request is the principal author of our post appeal litigation, Regina Powers is, and has been, out with COVID-19. Further, Luna Droubi has been in and out of medical appointments due to numerous complications related to her pregnancy. Other pressing deadlines have made meeting the current date unreasonably difficult.

If this motion is granted, the new dates would be:

Fed. R. Civ. P. 72 Objection:   March 18, 2022  
Defendant's Response:   April 15, 2022

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Dated: March 16, 2022

BELDOCK LEVINE & HOFFMAN LLP

Hon. Paul G. Gardephe
March 15, 2022
Page 2

We thank Your Honor your consideration of this request.

                                                    Respectfully submitted,

                                                    Jonathan C. Moore
                                                    David B. Rankin
                                                    Luna Droubi
                                                    Regina Powers

3626483.1