UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

EFFAT S. EMAMIAN,

                    Plaintiff,

- against -

ROCKEFELLER UNIVERSITY,

                    Defendant.

**SECOND AMENDED JUDGMENT**

7 Civ. 3919 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Amended Memorandum Opinion & Order dated July 11, 2023, the R&R is adopted in part, and Plaintiff's motion for pre- and post-judgment interest, and an award of attorneys' fees and costs, is granted in part. Plaintiff's final damages award is $481,894.51, consisting of $250,000.00 in back pay, $200,000.00 in emotional distress damages, $17,691.77 in post-verdict, pre-judgment interest on back pay (calculated at the rate of 9 percent per annum from February 28, 2018 to December 12, 2018), and $14,202.74 in post-verdict, pre-judgment interest on emotional distress damages (also calculated at the rate of 9 percent per annum from February 28, 2018 to December 12, 2018). Plaintiff is awarded post-judgment interest on the $481,894.51 damages award until the date of payment of such damages, to be calculated from the date of the initial judgment in this case (i.e., December 12, 2018), at a rate equal to the weekly average 1- year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment (i.e., December 12, 2018). Plaintiff is awarded attorneys' fees in the amount of $960,570.00 (i.e., $354,720.00 attributable to the Liddle Firm, $150,700.00 attributable to the

Alterman Firm, $48,800.00 attributable to the Dowd Firm, $374,750.00 attributable to the Beldock Firm, and $31,600.00 attributable to Moskovitz) and costs in the amount of $134,855.66 (i.e., $60,763.09 attributable to the Liddle Firm, $49,969.83 attributable to the Alterman Firm and the Dowd Firm, $5,512.74 attributable to the Beldock Firm, and $18,610.00 attributable to Plaintiff herself).  Plaintiff is awarded post-judgment interest on the award of attorneys' fees and costs until the date of payment of such fees and costs, to be calculated from April 26, 2023 (the date of this Court's prior Memorandum Opinion and Order (Dkt. No. 366)), at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding April 26, 2023.

Dated:  New York, New York
        July 11, 2023

                            SO ORDERED.


                            _____
                            Paul G. Gardephe
                            United States District Judge